

## IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-14-00241-CV

_____

COLLEGE STATION MEDICAL CENTER, LLC
D/B/A COLLEGE STATION MEDICAL CENTER,

                                                          **Appellant**

 **v.**

ELEANOR KILASPA AND WILLIAM KILASPA,

                                                          **Appellees**

_____

### From the 85th District Court
### Brazos County, Texas
### Trial Court No. 13-002982-CV-85

_____

### MEMORANDUM OPINION

_____

Petitioners' petition seeking leave to appeal the trial court's interlocutory order

signed on July 30, 2014 is denied, and the appeal is dismissed for want of jurisdiction.

*See* TEX. R. APP. P. 28.3; 43.2(f).


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Petition denied
Appeal dismissed
Opinion delivered and filed September 18, 2014
[CV06]

